UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| INEZ MEYON ROUNTREE | ) | INDICTMENT NO. CR609-00041-001 |

### ORDER

On November 1, 2011, the Court entered an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).

On July 13, 2012, Defendant filed a subsequent Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). The Motion was postmarked July 10, 2012. Defendant requests a reduction based upon the retroactive application of guideline amendments resulting from the Fair Sentencing Act of 2010. Since the motion is a pro se motion, the Court will liberally construe the motion to be a Motion to Reconsider the Court's denial of her previous § 3582(c)(2) motion. This Court has jurisdiction over a motion to reconsider its decision in a § 3582 proceeding only within the 14 days following that decision allowed by Fed. R. Crim. P. 35(a) for correction of sentence. See United States v. Phillips, 597 F.3d 1190, 1198 (11th Cir. 2010) (applying Rule 35(a) limitation to reconsideration of grant of 3582 motion); United States v. Blaine, 409 Fed. Appx. 253, 261 & n.10 (11th Cir. 2010) (denial of 3582 motion).

Defendant's Motion to Reconsider was not timely submitted and is therefore **DENIED**.

SO ORDERED, this _13_ day of February, 2013.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia